**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Leonardo NUNEZ–VIRRAIZABAL,
Defendant–Appellant.**

No. 09–11188
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2009.

Leonardo Nunez–Virraizabal, pro se.

William H. Thomas, Jr., John Andrew Horn, United States Attorney's Office Atlanta, GA, for Plaintiff–Appellee.

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Beth E. Edmondson, appointed counsel for Leonardo Nunez–Virraizabal in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED,** and Nunez–Virraizabal's conviction and sentence are **AFFIRMED.**